# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cv-00960-DAD-EPG |
| Plaintiff, | **ORDER TO COMPLY WITH ADMINISTRATIVE SUBPOENA** |
| v. | |
| LUPE RODRIGUEZ d/b/a LGP AG SERVICE, | (ECF NO. 1) |
| Defendant. | |

The Court, having reviewed the United States' Application for Order Requiring Compliance with Administrative Subpoena (ECF No. 1), Memorandum in Support (ECF No. 1-1), and the Declaration of Sejal Jhaveri (ECF No. 1-2), finds that the United States has established that Investigatory Subpoena Number 18S00075 ("Subpoena") served on Lupe Rodriguez d/b/a LGP AG Service ("LGP") meets the requirements for enforcement. Accordingly,

IT IS ORDERED that, within 30 days of LGP's receipt of this Order, LGP shall comply with the Subpoena by emailing the documents requested in the Subpoena as .pdf attachments to sejal.jhaveri@usdoj.gov and jasmin.lott@usdoj.gov.

IT IS SO ORDERED.

Dated: **July 18, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE