# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>          v.<br><br>LUPE RODRIGUEZ, d/b/a LGP Ag Service,<br><br>                        Defendant. | 1:19-CV-00960-DAD-EPG<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING HEARING<br><br>(ECF Nos. 5, 6, 9) |

On February 2, 2020, the Court issued an order to show cause (ECF No. 6), in which the Court required Defendant, Lupe Rodriguez d/b/a LGP Ag Service ("LGP"), to show cause at a hearing set for March 5, 2020, as to why she should not be held in civil contempt of the Court's July 18, 2019, Order to Comply with Administrative Subpoena ("Order to Comply", ECF No. 3).

On March 3, 2020, Plaintiff filed a Notice of Compliance with Administrative Subpoena ("Notice of Compliance") (ECF No. 9). In the Notice of Compliance, Plaintiff states that Defendant has now complied with the Court's Order to Comply and has provided Plaintiff with documents and information sufficient to proceed with Plaintiff's investigation (ECF No. 9). Plaintiff also states that it does not object to the Court discharging the order to show cause and vacating the OSC hearing (*id.*). Based on the information provided in the Notice of Compliance, it also appears that this case is now fully resolved. Accordingly,

IT IS ORDERED that the Order to Show Cause (ECF No. 6) is DISCHARGED, and that the OSC hearing, currently set for March 5, 2020, is VACATED. Plaintiff is directed to file a status report indicating whether there are any remaining issues to be resolved in this case. Plaintiff may, alternatively, file a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A). Plaintiff is also directed to notify Defendant that the hearing has been vacated and to serve a copy of this order on Defendant.

IT IS SO ORDERED.

Dated:   **March 4, 2020**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE