UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>LUPE RODRIGUEZ, d/b/a LGP Ag Service,<br><br>Defendant. | Case No. 1:19-cv-00960-DAD-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF No. 11) |

On March 9, 2020, Plaintiff, United States of America, filed a notice of voluntary dismissal of entire action without prejudice. (ECF No. 11.) Defendants have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **March 10, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1